# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA DEBAR,**<br>　　　　**Plaintiff,**<br><br>v.<br><br>**FIRSTENERGY CORP., et al.,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  24CV5164** |

## ORDER

**AND NOW**, this 6th day of December, 2024, upon consideration of Defendant First Energy Service Company's Motion to Dismiss (ECF No. 5) and its Memorandum of Law in Support (ECF No. 6) and all Responses and Replies thereto (ECF Nos. 9, 10), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED** and that the Complaint is **DISMISSED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Wendy Beetlestone*
　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**