# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA DEBAR,**<br>　　　　**Plaintiff,**<br><br>v.<br><br>**FIRSTENERGY CORP., et al.,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br><br>**NO.  24CV5164** |

## ORDER

**AND NOW**, this 29th day of April, 2025, upon consideration of Defendants FirstEnergy Service Company's Motion to Dismiss (ECF No. 23), FirstEnergy Corp.'s Motion to Dismiss (ECF No. 24), Allegheny Energy Supply Company LLC's Motion to Dismiss (ECF No. 26), and all Responses and Replies thereto (ECF Nos. 30, 31, 32, 34, 35, 36), **IT IS HEREBY ORDERED** that Defendants' Motions are **GRANTED** as follows:

1. Plaintiff's Second Amended Complaint (ECF No. 22) is **DISMISSED WITH PREJUDICE** as to Defendants' FirstEnergy Service Company and FirstEnergy Corp.

2. Plaintiff's Second Amended Complaint (ECF No. 22) is **DISMISSED WITHOUT PREJUDICE** as to Defendant Allegheny Energy Supply Company LLC.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　**S/ WENDY BEETLESTONE**
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**